IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESERVE PLACE, LLC,
a Florida limited liability company,
and RESERVE ACQUISITION GROUP,
LLC, a Florida limited liability company,

    Plaintiffs,

vs.                                  CASE NO. 3:10-cv-364/RS-MD

REGIONS BANK, an Alabama
corporation.

    Defendant.
_____/

## ORDER

Before me are my Order (Doc. 20) which granted Defendant's Motion for Recovery of Costs and allowing for recovery of attorneys' fees, my Order (Doc. 28) that instructed the parties to make good faith efforts to settle liability for the amount of costs and fees, and a Notification of Non-Settlement (Doc. 34).

**IT IS ORDERED:**

1. Pursuant to N.D. Fla. Loc. R. 54.1(F) and Fed. R. Civ. P. 53(a)(1)(C), a special master shall be appointed to review Defendant's attorneys' fees and Defendant's costs associated with the previous state court action.

2. The parties shall nominate a person willing to serve as a special master not later than February 4, 2011. If the parties are unable to agree upon a special master, each party shall nominate two persons who are willing to serve as a special master

and submit their qualifications to the Court. The parties shall also not later than February 4, 2011, submit a joint proposed order of appointment which conforms to the requirements set forth in Fed. R. Civ. P. 53(b). The parties shall also attempt to agree upon the level of review I am to apply in reviewing the special master's report. *See* Fed. R. Civ. P. 53(f)(3).

3. Payment of the special master initially shall be paid in equal shares by the parties. However, the payment of the special master's fees may be reapportioned based upon the special master's findings. *See* Fed. R. Civ. P. 53(g)(3).

**ORDERED** on January 21, 2011

                                                 <u>/S/ Richard Smoak</u>
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**