IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RESERVE PLACE, LLC,**
a Florida limited liability company,
and **RESERVE ACQUISITION GROUP,**
**LLC,** a Florida limited liability company,

    Plaintiffs,

vs.                            CASE NO. 3:10-cv-364/RS-MD

**REGIONS BANK,** an Alabama
corporation.

    Defendant.
_____/

## ORDER

Before me is the Notice of Settlement Regarding Rule 41 Costs (Doc. 36). The plaintiffs shall expeditiously make payment of the agreed upon costs, and the parties shall at that time notify the Court so that the stay may be dissolved.

**ORDERED** on February 7, 2011

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**