IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RESERVE PLACE, LLC, a Florida
Limited Liability Company, and
RESERVE ACQUISITION GROUP,
LC, a Florida Limited Liability
Company,

        Plaintiffs

vs.                                              CASE NO. 3:10cv364/RS-MD

REGIONS BANK, an Alabama
corporation,

        Defendants.
_____/

## ORDER

**IT IS ORDERED:**

1. The stay (Doc. 20) is terminated.

2. The parties shall file the joint report required by the Initial Scheduling Order (Doc. 8) not later than March 14, 2011. Absent unusual circumstances, the joint report shall provide for a discovery deadline of approximately July 12, 2011, and for trial on September 26, 2011, or October 24, 2011.

**ORDERED** on February 23, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**